UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08560-SVW-SHK | Date: | March 22, 2023 |
| Title: | *K.M. v. Kilolo Kijakazi, Acting Commissioner of Social Security* | | |

Present: The Honorable    Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On November 22, 2022, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security.  Electronic Case Filing Number ("ECF No.") 1, Complaint. On February 13, 2023, the Court issued its Scheduling Order ("Order") in which, Plaintiff was ordered to file a proof of service within **thirty** (30) days of the Order issuing.  ECF No. 11, Order. To date, the proof of service has not been filed with the Court.

Accordingly, Plaintiff is ordered to show cause no later than **March 29, 2023,** why this case should not be dismissed for failure to prosecute.  Filing the proof of service by March 29, 2023, shall constitute compliance with this Order.

**IT IS SO ORDERED**