UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08560-SVW-SHK | Date: | August 24, 2023 |
| Title: | *K.M. v. Kilolo Kijakazi, Acting Commissioner of Social Security* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On November 22, 2022, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. Electronic Case Filing Number ("ECF No.") 1, Complaint. On February 13, 2023, the Court issued its Scheduling Order ("Order") in which, Plaintiff was ordered to file an opening brief ("Opening Brief") within 30 days of defendant filing the answer. ECF No. 11, Order.  On May 12, 2023, Defendant filed an answer.

To date, the Plaintiff's Opening Brief has not been filed with the Court. Accordingly, Plaintiff is ordered to show cause no later than August 31, 2023, why this case should not be dismissed for failure to prosecute. Filing the Opening Brief by August 31, 2023, shall constitute compliance with this Order.

**IT IS SO ORDERED**