UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08560-SVW-SHK | Date: | September 7, 2023 |
| Title: | K.M. v. Kilolo Kijakazi, Acting Comm'r of Soc. Sec. | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   FINAL ORDER TO SHOW CAUSE**

      On November 22, 2022, plaintiff K.M. ("Plaintiff") filed a Complaint ("Complaint") seeking judicial review of a decision of the Commissioner of Social Security ("Defendant"). Electronic Case Filing Number ("ECF No.") 1, Complaint.  On February 13, 2023, the Court issued its Scheduling Order ("Order"), in which Plaintiff was ordered to file an opening brief ("Opening Brief") within 30 days of Defendant answering ("Answer") Plaintiff's Complaint. ECF No. 11, Order.  On May 12, 2023, Defendant filed an Answer.  ECF No. 15, Answer.  Thus, pursuant to the Court's Order, Plaintiff's Opening Brief was due on June 11, 2023.  Plaintiff failed to timely file an opening brief and so on August 24, 2023, the Court ordered Plaintiff to show cause ("OSC") by August 31, 2023 "why this case should not be dismissed for failure to prosecute."  ECF No. 16, OSC at 1.  The Court instructed Plaintiff that "[f]iling the Opening Brief by August 31, 2023, shall constitute compliance with th[e OSC]."  Id.

      As of the date of this order, Plaintiff has failed to file the Opening Brief as ordered. Consequently, Plaintiff is ordered to show cause, **one final time** by **September 14, 2023**, why this case should not be dismissed for failure to prosecute and follow Court orders.  Filing the Opening Brief by **September 14, 2023** shall constitute compliance with this Order.  **Plaintiff is warned that failure to file Plaintiff's Opening Brief by the date above will result in dismissal of this action for failure to prosecute and follow Court orders.**

      **IT IS SO ORDERED.**