**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:22-cv-08560-SVW (SHK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Case and Issuing Sanctions Against Counsel, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  February 8, 2024

　　　　　　　　　　　　　　　　　　　　X_____
　　　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　United States District Judge