UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08560-SVW-SHK | Date: | April 11, 2024 |
| Title: | *K.M. v. Kilolo Kijakazi, Acting Comm'r of Soc. Sec.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: PROOF OF SERVICE**

      On February 8, 2024, the Court dismissed this case and issued sanctions against counsel Suzanne C. Leidner ("Counsel").  Electronic Case Filing Number ("ECF No.") 23, Order Dismissing Case and Issuing Sanctions Against Counsel ("Order").  Counsel was ordered, in relevant part, to pay a $750.00 sanction, and to "serve a copy of th[e] order on both Plaintiff [K.M ("Plaintiff")] and the California State Bar and file proofs of services on both entities by 5:00 p.m. on February 23, 2024." Id. at 6, 7.  Counsel was warned that failure to timely perform these tasks "**will result in an additional $500.00 sanction each week at 5:00 p.m. on Friday, for each task Counsel fails to timely perform.**" Id. (emphasis in original).

      On March 22, 2024, Counsel submitted a "Proof of Service – Acknowledgment of Service" ("POS") CV-40 form that: (1) was not signed; (2) did not indicate what, if any, document was served; (3) did not indicate who performed the service; and (4) did not indicate who was served.  ECF No. 25, POS at 1.  Attached to the POS was a blank page and scanned images of United States Postal Service ("USPS") certified mail receipts indicating that some unspecified mail was sent to the "State Bar of California" and Plaintiff.  See id. at 2-4.

      Because Counsel did not complete or sign the POS CV-40 form, it is unclear on the record before the Court whether the California State Bar and Plaintiff have been served with the Order.  Accordingly, Plaintiff is ordered to show cause by **April 17, 2024**, why additional sanctions of $500 per week should not continue to be issued.  **Counsel can satisfy this order by filing an attestation with the Court by April 17, 2024, signed under penalty of perjury,**

indicating: (1) that the Order has been provided to Plaintiff <u>and</u> the California State Bar; (2) the date(s) that Plaintiff and the California State Bar each received the Order; (3) that Counsel has paid the initial $750.00 sanction; and (4) the date(s) the $750.00 sanction was submitted to, and received by the Court.

**<u>Counsel is warned that failure to provide an attestation to the Court with the above specified information by April 17, 2024 will result in $500 sanctions continuing to be issued every Friday at 5:00 p.m. for each task Counsel fails to perform.</u>**

**IT IS SO ORDERED.**